UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Arjun Raju & Divya Pusapati,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES (USCIS), et al.,<br><br>　　　　Defendants. | No. 2:21-cv-02929 SVW (ASx)<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION DUE TO LAPSE IN STATUTORY AUTHORITY RELATED TO EB-5 IMMIGRANT INVESTOR PROGRAM**<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

    On July 13, 2021, the parties filed a Stipulation to Stay Action Due to Lapse in Statutory Authority Related to EB-5 Immigrant Investor Program.

    Having considered the stipulation and the current state of the EB-5 Immigrant Investor Program,

1

IT IS HEREBY ORDERED that this case is stayed pending the reauthorization of the EB-5 program.

The case is administratively closed and moved to the inactive calendar. The parties are ordered to advise the Court, in writing, when the case should be restored to the active calendar.

Dated: July 15, 2021

*signature*

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKSON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ Christina Marquez
CHRISTINA MARQUEZ
Assistant United States Attorney
Attorneys for Federal Defendants